Richard A. Solomon, SBN 82923
Pamela LaBruyere, SBN 159233
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
TEL: (858) 793-8500
FAX: (858) 793-8263

Attorneys for Secured Creditor, PNC BANK, N.A.,
successor-in-interest to NATIONAL
CITY BANK, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:

GEORGE THOMAS HALE, III and
LONE HALE,

　　　　Debtors,

Case No: 10-06988-LA13

**PNC BANK, N.A.'s WITNESS LIST**

Evidentiary Hearing on Motion:
Date:　September 22, 2010
Time:　10:00 a.m.
Dept:　1

　　　　Secured Creditor, PNC BANK, N.A., successor-in-interest to NATIONAL CITY BANK, its successors and/or assigns ("PNC Bank"), intends to call the following witnesses at the evidentiary hearing set for September 22, 2010, at 10:00 a.m.:

　　　　1.　　Derek Parkes, California Real Estate Appraiser.

　　　　PNC Bank reserves the right to call any witnesses listed by Debtor, and any additional witnesses for purpose of impeachment and/or rebuttal.

Dated: September 8, 2010　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　SOLOMON, GRINDLE, SILVERMAN
　　　　　　　　　　　　　　　　　　　　　　& WINTRINGER, APC

　　　　　　　　　　　　　　　　By:　　/s/ Richard A. Solomon
　　　　　　　　　　　　　　　　　　　Richard A. Solomon
　　　　　　　　　　　　　　　　　　　Pamela LaBruyere
　　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor,
　　　　　　　　　　　　　　　　　　　PNC BANK, N.A., successor-in-interest to NATIONAL
　　　　　　　　　　　　　　　　　　　CITY BANK, its successors and/or assigns

1

PNC Bank's Witness List