Richard A. Solomon, SBN 82923
Pamela LaBruyere, SBN 159233
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
TEL: (858) 793-8500
FAX: (858) 793-8263

Attorneys for Secured Creditor, PNC BANK, N.A.,
successor-in-interest to NATIONAL
CITY BANK, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GEORGE THOMAS HALE, III and<br>LONE HALE,<br><br>Debtors, | Case No: 10-06988-LA13<br><br>**PNC BANK, N.A.'s EXHIBIT LIST**<br><br>Evidentiary Hearing on Motion:<br>Date:   September 22, 2010<br>Time:  10:00 a.m.<br>Dept:   1 |

Secured Creditor, PNC BANK, N.A., successor-in-interest to NATIONAL CITY BANK, its successors and/or assigns ("PNC Bank"), submits the following Exhibits for use at the evidentiary hearing set for September 22, 2010, at 10:00 a.m.:

1. Appraisal Report dated September 7, 2010; and

2. C.V. of Derek Parkes.

Dated: September 8, 2010                       Respectfully Submitted,

SOLOMON, GRINDLE, SILVERMAN
   & WINTRINGER, APC

By:   /s/ Richard A. Solomon
      Richard A. Solomon
      Pamela LaBruyere
      Attorneys for Secured Creditor,
      PNC BANK, N.A., successor-in-interest to NATIONAL
      CITY BANK, its successors and/or assigns

---
1
PNC Bank's Exhibit List