1  Richard A. Solomon, SBN 82923
   SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
2  A Professional Corporation
   12651 High Bluff Drive, Suite 300
3  San Diego, California 92130
   TEL: (858) 793-8500
4  FAX: (858) 793-8263

5  Attorneys for Secured Creditor, PNC BANK, N.A.,
   successor-in-interest to NATIONAL
6  CITY BANK, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) Case No: 10-06988-LA13 |
|---|---|
| GEORGE THOMAS HALE, III and LONE HALE, | ) **PROOF OF SERVICE** |
| Debtors, | ) Evidentiary Hearing on Motion: <br> ) Date:   September 22, 2010 <br> ) Time:   10:00 a.m. <br> ) Dept:   1 |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, California, 92130.

On September 8, 2010, I served the foregoing document described as

1. **DECLARATION OF DEREK PARKES IN SUPPORT OF OPPOSITION TO DEBTORS MOTION FOR ORDER STRIPPING JUNIOR DEED OF TRUST;**

2. **PNC BANK, N.A's WITNESS LIST; and**

3. **PNC BANK, N.A.'s EXHIBIT LIST**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

---
1
**PROOF OF SERVICE**

**Debtors**
George Thomas Hale, III
1411 Welsh Way
Ramona, CA 92065

Lone Hale
1411 Welsh Way
Ramona, CA 92065

**Counsel for Debtors**
John C. Colwell, Esq.
LAW OFFICES OF JOHN C. COLWELL, a P.L.C.
4045 Bonita Road,
Suite 105
Bonita, CA 91902

**Chapter 13 Trustee**
David L. Skelton
525 B Street, Suite 1430
San Diego, CA 92101-4507

/X/ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

/ / (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

/ / (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/ (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 8, 2010, at San Diego, California.

Meg Minnick

2
**PROOF OF SERVICE**